THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ZITAY, Appellant.

Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.